UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN R. GAMMINO, | : | Case No. 1:06CV089 |
| | : | |
| Plaintiff, | : | (Chief Judge Sandra S. Beckwith) |
| | : | |
| vs. | : | **PLAINTIFF'S ANSWER TO** |
| | : | **DEFENDANT, CINCINNATI BELL,** |
| CINCINNATI BELL, INC., et al., | : | **INC.'S COUNTERCLAIM (WITH** |
| | : | **DEMAND FOR JURY TRIAL)** |
| Defendants. | : | |

Plaintiff, John R. Gammino, hereby submits the following answer to Defendant, Cincinnati Bell, Inc.'s Counterclaim:

1. Denied as a legal conclusion.

2. Denied as a legal conclusion.

3. Denied as a legal conclusion.

4. Denied.

5. Denied as stated. To the contrary, Plaintiff is an individual residing in the State of Florida who is the owner of U.S. Patent 5,809,125 and U.S. Patent 5,812,650.

6. Admitted.

7. Denied. Cincinnati Bell does infringe.

8. Denied as a legal conclusion.

WHEREFORE, Plaintiff prays for relief as stated in his Complaint.

        Respectfully submitted,

        /s/ Peter M. Burrell
        Peter M. Burrell (0044139)
        Nathan H. Blaske (0076460)
        WOOD & LAMPING LLP
        600 Vine Street, Suite 2500
        Cincinnati, OH 45202-2491
        Telephone: (513) 852-6000
        Facsimile: (513) 852-6087
        Email: pmburrell@woodlamping.com
              nhblaske@woodlamping.com

        Trial Attorneys for Plaintiff,
        John R. Gammino

OF COUNSEL:

William M. Mullineaux
Frank Schartz
FLAMM, BOROFF & BACINE, P.C.
794 Penllyn Pike
Blue Bell, PA 19422
(267) 419-1500

## **JURY DEMAND**

    Plaintiff John R. Gammino hereby demands a trial by jury on all issues herein.

        /s/ Peter M. Burrell
        Peter M. Burrell

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing has been filed with the Court by electronic means on this 4th day of April, 2006.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                            /s/ Peter M. Burrell
                                            Peter M. Burrell

272038.1